G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
TARA BALTIS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA BALTIS,<br><br>              Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE LLC; ET AL,<br><br>              Defendants. | CASE NO.  CV-00760-LJO-DLB<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)** |

The Court, having considered Plaintiff TARA BALTIS and Defendant CHASE HOME FINANCE LLC's STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1), hereby grants Defendant CHASE HOME FINANCE LLC an extension of time to file a responsive pleading to the Complaint in the above-entitled action up to and including June 19, 2012.  IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **May 31, 2012**                          /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28