1 | G. Thomas Martin, III, Esq. (SBN 218456)
2 | **PRICE LAW GROUP, APC**
  | 15760 Ventura Blvd., Suite 1100
3 | Encino, CA  91436
  | T: (818) 907-2030; F: (818) 205-2730
4 | tom@plglawfirm.com

5 | Attorneys for Plaintiff,

6 | TARA BALTIS

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA**

9

| TARA BALTIS, | CASE NO.  CV-00760-LJO-DLB |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)** |
| CHASE HOME FINANCE LLC; ET AL, | |
| Defendants. | |

The Court, having considered Plaintiff TARA BALTIS and Defendant JPMORGAN CHASE BANK, N.A., successor by merger to CHASE HOME FINANCE LLC ("Chase")'s STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1), hereby grants Defendant JPMORGAN CHASE BANK, N.A., successor by merger to CHASE HOME FINANCE LLC ("Chase") an extension of time to file a responsive pleading to the Complaint in the above-entitled action up to and including June 19, 2012.

IT IS SO ORDERED.

Dated:   **June 1, 2012**            /s/ *Dennis L. Beck*
                                  UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)**