IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA BALTIS, | CASE NO. CV F 12-0760 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT** |
| vs. | (Doc. 14.) |
| CHASE HOME FINANCE, LLC, et al., | |
| Defendants. / | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action with prejudice as to defendant JPMorgan Chase Bank, N.A., only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   June 20, 2012**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1