Katherine A. Klimkowski (State Bar No. 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  949.851.3939
Facsimile:  949.553.7539

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA BALTIS<br><br>            Plaintiff,<br><br>     v.<br><br>CHASE HOME FINANCE LLC;<br>EXPERIAN INFORMATION SOLUTIONS<br>INC.; DOES 1 -10, inclusive.<br><br>            Defendants. | Case No. 1:12-cv-00760-LJO-DLB<br><br>**ORDER FOR STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. is dismissed with prejudice.  Plaintiff Tara Baltis and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.  The clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:   **September 26, 2012**              **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

IRI-42360v1