1  Katherine A. Klimkowski (State Bar No. 263099)
   kaklimkowski@jonesday.com
2  JONES DAY
   3161 Michelson Drive
3  Suite 800
   Irvine, CA  92612.4408
4  Telephone: 949.851.3939
   Facsimile:  949.553.7539
5
   Attorney for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 | TARA BALTIS | Case No. 1:12-cv-00760-LJO-DLB |
12 | Plaintiff, | **ORDER FOR STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
13 | v. | |
14 | CHASE HOME FINANCE LLC; EXPERIAN INFORMATION SOLUTIONS INC.; DOES 1 -10, inclusive. | |
15 | | |
16 | Defendants. | |

17

18     PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information
19 Solutions, Inc. is dismissed with prejudice.  Plaintiff Tara Baltis and Defendant Experian
20 Information Solutions, Inc. shall each bear their own costs and attorneys' fees.  The clerk is
21 directed to close this action.

22

23

24
   IT IS SO ORDERED.
25
       Dated:  **September 26, 2012**            **/s/ Lawrence J. O'Neill**
26                                               UNITED STATES DISTRICT JUDGE
27

28

IRI-42360v1